IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KITTY SUE LOTT                                                                PLAINTIFF

V.                                          NO. 10-5147

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                DEFENDANT

## MEMORANDUM OPINION

    Now before the Court is Defendant's Motion to Remand and Reverse Pursuant to Sentence Four. (Doc. 13). Defendant seeks remand to the agency in order to direct the Administrative Law Judge (ALJ) to perform a new residual functional capacity determination based on all the impairments the ALJ found severe, including mental impairments. Defendant states that the ALJ will also obtain new vocational expert testimony to determine whether Plaintiff could perform other jobs in the national economy.

    Based upon the foregoing, the Court hereby **grants** the motion, reverses the decision of the ALJ and remands this matter to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

    DATED this 17th day of February, 2011.

                                                  /s/ *Erin L. Setser*
                                                HON. ERIN L. SETSER
                                                UNITED STATES MAGISTRATE JUDGE